AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

LaSalle Cover Company, LLC, et. al,

v.

JPMorgan Chase Bank, N.A.

## APPEARANCE

Case Number: 06CV

06 CV 1930

Judge Hellerstein

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

LaSalle Cover Company, LLC and
Costa Brava Partnership III, L.P.

I certify that I am admitted to practice in this court.

March 10, 2006
Date

Signature

Andrew K. Glenn
Print Name

AG 9934
Bar Number

KBT&F, 1633 Broadway, 22nd Fl.
Address

New York, New York 10019
City State Zip Code

212-506-1700
Phone Number

212-506-1800
Fax Number